**LOFFLAND BROTHERS COMPANY,**
**Appellants,**

v.

**Gerald H. HUCKABEE et al., Appellees.**

**Gerald H. HUCKABEE, Appellant,**

v.

**LOFFLAND BROTHERS COMPANY**
**et al., Appellees.**

**No. 22960.**

United States Court of Appeals
Fifth Circuit.

March 2, 1967.

Rehearing Denied April 18, 1967.

Donald L. King and Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, La., for Loffland Bros. Co.

Ungar, Dulitz & Martzell, Martzell and James A. Wysocki, New Orleans, La., for Gerald H. Huckabee.

A. R. Christovich, Jr., and Christovich & Kearney, New Orleans, La. for Marine Catering Service, Inc. and Great American Ins. Co.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and BREWSTER, District Judge.

**PER CURIAM:**

This is an appeal by Loffland, owner of a seagoing drilling tender, from a verdict and judgment in favor of one Huckabee, an employe of a service company, Marine Catering Service, Inc., for injuries suffered by Huckabee while descending a ladder aboardship; a cross appeal by Huckabee from the action of the trial court in crediting the judgment against Loffland by a settlement payment made to Huckabee by his employer; and an appeal by Loffland from a judgment by the trial court dismissing a third party complaint by Loffland against Marine Catering following a jury verdict that no "indemnity is due to Loffland

Brothers Company by Marine Catering Company."

We have carefully considered the record and each of the grounds of appeal and cross-appeal, and find them all to be without merit. The substantial issues were fact issues. They were resolved by the jury following a charge by the court which we find adequately presented the issues for determination.

The judgments are affirmed.